FILED
CLERK, U.S. DISTRICT COURT
JUL 12 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD L TUCKER<br><br>PLAINTIFF(S)<br>v.<br>DEPARTMENT OF CORRECTIONS<br><br>DEFENDANT(S) | CASE NUMBER<br>2:16-CV-05123-JFW-JC<br><br>**NOTICE OF FILING OF COMPLAINT WITHOUT PREPAYMENT OF FILING FEES OR REQUEST TO PROCEED IN FORMA PAUPERIS** |

Plaintiff has submitted a complaint for filing. The filing fee has not been paid, nor has a Request to Proceed in Forma Pauperis been submitted. The case has been forwarded to the assigned magistrate judge for review.

July 12, 2016
Date

By R. Smith
Deputy Clerk